UNITED STATES of America,
Plaintiff–Appellee,

v.

Jeffrey B. KENNEY, Defendant–
Appellant.

No. 02–6061.

United States Court of Appeals,
Fourth Circuit.

Submitted April 25, 2002.

Decided May 6, 2002.

Jeffrey B. Kenney, Appellant Pro Se. Philip S. Jackson, Assistant United States Attorney, Baltimore, Maryland, for Appellee.

Before WILLIAMS and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

Jeffrey B. Kenney seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp.2001). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny Denney's motion for a certificate of appealability and dismiss the appeal on the reasoning of the district court. *See United States v. Kenney,* Nos. CR–99–233–JFM; CA–01–2012–JFM (D.Md. Nov. 14, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*